IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID GOAD, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. SA-22-CV-041-FB |
| § | |
| RONALDO R. REYES; DEUTSCHE BANK § | |
| as Trustee for Securitized Asset Backed § | |
| Receivables LLC Trust 2007-BR4, Mortgage § | |
| Pass-Through Certificates, Series 2007-BR4; § | |
| NEW CENTURY MORTGAGE, its Successors § | |
| and Assigns; and DOES 1-15 Inclusive, § | |
| § | |
| Defendants. § | |

## ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court is the status of the above styled and numbered cause. On August 2, 2022, the Court entered an Order Accepting Report and Recommendation of United States Magistrate Judge (docket #42) which granted Defendants' Motion to Dismiss (docket #36) and dismissed with prejudice Plaintiff's first, fifth, sixth, seventh, eighth, and ninth causes of action set forth in his Original Complaint. The Order further dismissed without prejudice Plaintiff's second, third, and fourth causes of action and provided the Plaintiff with an opportunity to file an amended complaint as to these causes of action. Plaintiff was advised that if he chose to amend his complaint in accordance with the parameters set forth in the Report and Recommendation and the Order Accepting the Report and Recommendation, the amended complaint must be filed no later than August 19, 2022. Plaintiff was further advised that if no amended complaint was filed by August 19, 2022, all claims would be dismissed with prejudice, a final judgment would be entered in the case, and the case would be closed. To date, the CM/ECF system reflects that no amended complaint has been filed.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE to the re-filing of same as to all claims and causes of action asserted by the Plaintiff in this case. Motions pending, if any, are also DISMISSED and this case is now CLOSED.

It is so ORDERED.

SIGNED this 22nd day of August, 2022.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE